OPINION — AG — ** ASSISTANT COUNTY ATTORNEY — PRIVATE PRACTICE ** THE ASSISTANT COUNTY ATTORNEY OF TEXAS COUNTY IS 'NOT' PROHIBITED FROM ENGAGING IN THE PRIVATE PRACTICE OF LAW IN CASES WHEREIN THE COUNTY IN NOT INVOLVED. (ASSISTANT DISTRICT ATTORNEY, DUTIES, LAWYER) CITE: 19 O.S. 179.5 [19-179.5], 19 O.S. 179.7 [19-179.7], 19 O.S. 183 [19-183] (JAMES P. GARRETT)